■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BOYLE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Richmond County, entered November 29, 1962, which denied without a hearing his application to vacate a judgment of the former County Court of said county, rendered April 11, 1958 on his plea of guilty, convicting him of burglary in the third degree and petit larceny, and imposing sentence. Order affirmed (*People* v. *Smith*, 13 A D 2d 870; *People* v. *Nicholson*, 15 A D 2d 613, affd. 11 N Y 2d 1067). Beldock, P. J., Ughetta, Kleinfeld, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES J. FINNEY, Appellant.— In a criminal action, the defendant appeals from an order of the Supreme Court, Queens County, dated June 20, 1963, which denied his motion to obtain a transcript of the stenographic minutes of the trial upon which he was convicted in the former County Court of said county on November 29, 1956. Appeal dismissed. Defendant has requested that his motion be treated as an application for a writ of error *coram nobis*, which would make the order appealable. This cannot be done, since the relief sought furnishes no basis for a *coram nobis* application. The order is not appealable; it does not fall within the limitations and requirements of section 517 of the Code of Criminal Procedure and other applicable provisions of law. Beldock, P. J., Ughetta, Kleinfeld, Hill and Hopkins, JJ., concur.